STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARTHUR GROSS, DEFENDANT-PETITIONER.

*Mr. George F. Losche* for the petitioner.

*Mr. Paul T. Huckin* for the respondent.

January 18, 1954. Granted.

SIMON J. FALCEY, PLAINTIFF-RESPONDENT, v. CIVIL SERVICE COMMISSION, DEFENDANT-PETITIONER.

See same case below: 27 *N. J. Super.* 520.

*Mr. Theodore D. Parsons* & *Mr. John W. Griggs* for the petitioner.

*Mr. Thorn Lord* and *Mr. Harry A. Walsh* for the respondent.

January 18, 1954. Granted.

DONMART MOTORS, INC., PLAINTIFF-PETITIONER, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-RESPONDENT.

See same case below: 27 *N. J. Super.* 427.

January 18, 1954. Denied.